Paul H. Goyette (*Admitted Pro Hac Vice*)
Alan D. Penskar (*Admitted Pro Hac Vice*)
5111 W. Bristol Road, Suite "A"
Flint, MI 48507
Telephone: (810) 230-1400

Joseph T. Zichichi, (State Bar No. 43812)
Nicole A. McConn (State Bar No. 198509)
P. O. Box 311
706 Main Street, Suite "A"
Martinez, CA 94553-0031
Telephone: (925) 372-3633
Facsimile: (925) 370-7874

Attorneys for Plaintiff
CARTRIDGE TWINS, LLC

Charles G. Miller, State Bar No. 39272
Walter V. Stafford, State Bar No. 37723
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendant
WILDWOOD FRANCHISING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTRIDGE TWINS, LLC, a Michigan limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WILDWOOD FRANCHISING, INC, a California corporation,<br><br>Defendant. | Case No. CV-09-01857 SI<br><br>**STIPULATION SCHEDULING PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AND NOTICE OF HEARING AND ORDER** |

Plaintiff Cartridge Twins, LLC, having filed its First Amended Complaint requesting entry of a Temporary Restraining Order and Preliminary Injunction and its Ex-Parte Motion for Entry of a Temporary Restraining Order and Brief in Support on May 15, 2009; the

-1-

parties having settled the "Ex-Parte Motion for a Temporary Restraining Order" by way of a letter agreement; Plaintiff's Motion for the Preliminary Injunction scheduled for June 19, 2009 at 9:00 a.m.; Defendant agreeing to notice of the Motion for the Preliminary Injunction on less than thirty-five (35) days; Plaintiff hereby relying on its May 15, 2009 filings in support; and this Court being otherwise advised in the premises;

    IT IS HEREBY STIPULATED that Plaintiff's Motion for entry of a Preliminary Injunction shall be heard on June 19, 2009 at 9:00 a.m.

    IT IS FURTHER STIPULATED that the parties agree to hearing this Motion on less than thirty-five (35) days notice.

    IT IS FURTHER STIPULATED that the parties shall file and serve their respective papers in the following manner:

    a. Plaintiff will rely upon its May 15, 2009 filing in support of the Motion;
    b. Defendants shall file its Opposition by May 29, 2009;
    c. Plaintiff shall file its Reply by June 12, 2009

DATED: May ___, 2009

    BARTKO, ZANKEL, TARRANT & MILLER
    A Professional Corporation

    By _____
    Charles G. Miller
    Attorneys for Defendant
    WILDWOOD FRANCHISING, INC.

DATED: May ___, 2009

    By _____
    Alan D. Penskar [*Admitted Pro Hac Vice*]
    Attorneys for Plaintiff
    CARTRIDGE TWINS, LLC

DATED: May 22, 2009

    By /s/ Nicole A. McConn
    Nicole A. McConn
    Attorneys for Plaintiff
    CARTRIDGE TWINS, LLC

-2-

1          Upon this Stipulation, IT IS SO ORDERED.

2    DATED: May ___, 2009

3                                              _____

4                                              HONORABLE SUSAN ILLSTON
                                                   United States District Judge

BARTKO ZANKEL
Bartko Zankel Tarrant Miller & Hankon, Inc. A Law Corporation
800 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

parties having settled the "Ex-Parte Motion for a Temporary Restraining Order" by way of a letter agreement; Plaintiff's Motion for the Preliminary Injunction scheduled for June 19, 2009 at 9:00 a.m.; Defendant agreeing to notice of the Motion for the Preliminary Injunction on less than thirty-five (35) days; Plaintiff hereby relying on its May 15, 2009 filings in support; and this Court being otherwise advised in the premises;

    IT IS HEREBY STIPULATED that Plaintiff's Motion for entry of a Preliminary Injunction shall be heard on June 19, 2009 at 9:00 a.m.

    IT IS FURTHER STIPULATED that the parties agree to hearing this Motion on less than thirty-five (35) days notice.

    IT IS FURTHER STIPULATED that the parties shall file and serve their respective papers in the following manner:

    a.    Plaintiff will rely upon its May 15, 2009 filing in support of the Motion;

    b.    Defendants shall file its Opposition by May 29, 2009;

    c.    Plaintiff shall file its Reply by June 12, 2009

DATED: May 22, 2009

    BARTKO, ZANKEL, TARRANT & MILLER
    A Professional Corporation

By _____
    Charles G. Miller
    Attorneys for Defendant
    WILDWOOD FRANCHISING, INC.

DATED: May __, 2009

By _____
    Alan D. Penskar [*Admitted Pro Hac Vice*]
    Attorneys for Plaintiff
    CARTRIDGE TWINS, LLC

DATED: May __, 2009

By _____
    Nicole A. McConn
    Attorneys for Plaintiff
    CARTRIDGE TWINS, LLC

BARTKO ZANKEL
Bartko·Zankel·Tarrant·Miller | Lewitt & Hannan, Inc. of Counsel
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

-2-

STIPULATION SCHEDULING PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION/NOTICE OF HEARING AND ORDER -- Case No.: CV-09-01857 WDB

Upon this Stipulation, IT IS SO ORDERED.

DATED: May ___, 2009

_____
HONORABLE SUSAN ILLSTON
United States District Judge

-3-

STIPULATION SCHEDULING PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION/NOTICE OF HEARING AND ORDER -- Case No.: CV-09-01857 WDB